344

164 So.2d 512

**STATE of Alabama**

v.

**Arthur LaRue CAGLE.**

**I Div. 987.**

Court of Appeals of Alabama.

May 12, 1964.

164 So.2d 716

**Ex parte Calvin COFIELD.**

**8 Div. 951.**

Court of Appeals of Alabama.

April 7, 1964.

Rehearing Denied May 12, 1964.

Richmond M. Flowers, Atty. Gen., Bernard F. Sykes and Mary Lee Stapp, Asst. Attys. Gen., for appellant.

M. A. Marsal, Mobile, for appellee.

PRICE, Presiding Judge.

This is an attempted appeal by the State from a judgment discharging the defendant in a criminal case.

The State is not entitled to appeal in a criminal case in the absence of a judgment of the trial court holding the statute under which the indictment or information was preferred to be unconstitutional. Section 370, Title 15, Code of Alabama 1940; State v. Pike, 36 Ala.App. 267, 54 So.2d 638.

Appeal dismissed.